| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **NACC Disaster Services** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **66-0894664** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**16680 Central Green Blvd.**<br>**Houston, TX 77032**<br>Number, Street, City, State & ZIP Code<br><br>**Harris**<br>County | **Mailing address, if different from principal place of business**<br><br>**8524 Higway 6 N., #474**<br>**Houston, TX 77095**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **nacchelps.org** | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **NACC Disaster Services**          Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ■ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __6242__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:

  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor  **NACC Disaster Services**  Case number (*if known*)
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
　　　　 Contact name
　　　　 Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49　　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000
☐ 50-99　　　　　 ☐ 5001-10,000　　　　☐ 50,001-100,000
☐ 100-199　　　　☐ 10,001-25,000　　　☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☒ $0 - $50,000　　　　　　　☐ $1,000,001 - $10 million　　　 ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　 ☐ $10,000,001 - $50 million　　  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　 ☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　  ☐ $100,000,001 - $500 million　 ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion

| Debtor | **NACC Disaster Services** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000 ☐ $10,000,001 - $50 million ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million ☐ $100,000,001 - $500 million ☐ More than $50 billion

| Debtor | **NACC Disaster Services** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 7, 2023**
              MM / DD / YYYY

X **/s/ Jose Ortega**                             **Jose Ortega**
Signature of authorized representative of debtor    Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Jack N. Fuerst**                Date **February 7, 2023**
Signature of attorney for debtor              MM / DD / YYYY

**Jack N. Fuerst 07499500**
Printed name

**Jack N. Fuerst, Attorney at Law**
Firm name

**2500 Tanglewilde St, Suite 320**
**Houston, TX 77063**
Number, Street, City, State & ZIP Code

Contact phone **(713) 299-8221**      Email address **jfuerst@sbcglobal.net**

**07499500 TX**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **NACC Disaster Services** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADP<br>13141 Northwest Freeway<br>Hempstead, TX 77445 | | Business expense | | | | $18,396.61 |
| Aramark<br>2680 Palumbo Dr.<br>Lexington, KY 40509 | | Business expense | Disputed | | | $832.16 |
| Bank of Texas<br>P.O. Box 20<br>Bellaire, TX 77402-0020 | | Business loan | | | | $9,445.53 |
| Bank of Texas<br>P.O. Box 20<br>Bellaire, TX 77402-0020 | | Business loan | | | | $8,518.53 |
| Carter Achitects, Inc.<br>21175 Tomball Pkwy., #289<br>Houston, TX 77070 | | Business expense | | | | $5,288.00 |
| CINTAS<br>P.O. Box 631025<br>Cincinnati, OH 45263 | | Business expense | | | | $1,140.00 |
| Clean Sky Energy<br>3355 W. Alabama, Suite 500<br>Houston, TX 77098 | | Utility Debt | | | | $9,665.48 |
| Colliers Inc.<br>1233 W. Loop S., Suite 900<br>Houston, TX 77027 | | Business expense | | | | $37,224.84 |
| Crane Cartage LLC<br>P.O. Box 844174<br>Dallas, TX 75284 | | Business expense | | | | $3,350.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | **NACC Disaster Services** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **EAN Services, LLC**<br>P.O. Box 402383<br>Atlanta, GA 30384 | | Business expense | Disputed | | | $19,691.89 |
| **ENGIE Resources LLC**<br>P.O. Box 841680 | | Utility Debt | | | | $7,543.91 |
| **Equipment Depot**<br>C/O Jessie Ambrocio<br>Richard James & Assoicates, Inc.<br>P.O. Box 402383 | | Business expense | Disputed | | | $1,192.54 |
| **Green's Blue Flame Gas**<br>P.O. Box 40423<br>Houston, TX 77240 | | Business expense | | | | $665.03 |
| **Hiland Dairy Foods, LLC**<br>P.O. Box 843128<br>Kansas City, MO 64184 | | Business expense | | | | $1,327.50 |
| **PROLOGIS**<br>C/O Liberty Property Limited Partnership<br>1296 North Post Oak Rd.<br>Houston, TX 77055 | | Rental lease agreement | Disputed | | | $304,318.72 |
| **PROLOGIS**<br>C/O Liberty Property Limited Partnership<br>1296 North Post Oak Rd.<br>Houston, TX 77055 | | Rental lease agreement | Disputed | | | $216,726.81 |
| **Small Business Administration**<br>14925 Kingsport Rd.<br>Fort Worth, TX 76155-2243 | | Business loan | | | | $149,359.00 |
| **United Site Services**<br>P.O. Box 660475<br>Dallas, TX 75266 | | Business expense | Disputed | | | $7,583.80 |
| **US IP Communications**<br>3201 Northside Dr, #109<br>Raleigh, NC 27615 | | Business expense | | | | $7,943.47 |
| **Workspace Resource**<br>12280 Interstate 45 S., Suite C<br>Conroe, TX 77304 | | Business expense | | | | $3,500.00 |

```
ADP
13141 Northwest Freeway
Hempstead, TX 77445




Aramark
2680 Palumbo Dr.
Lexington, KY 40509




Bank of Texas
P.O. Box 20
Bellaire, TX 77402-0020




Bank of Texas
P.O. Box 20
Bellaire, TX 77402-0020




Bank of the West
P.O. Box 7167
Pasadena, CA 91109




Bank of the West
P.O. Box 7167
Pasadena, CA 91109




Carter Achitects, Inc.
21175 Tomball Pkwy., #289
Houston, TX 77070




CINTAS
P.O. Box 631025
Cincinnati, OH 45263
```

Clean Sky Energy
3355 W. Alabama, Suite 500
Houston, TX 77098



Colliers Inc.
1233 W. Loop S., Suite 900
Houston, TX 77027



Crane Cartage LLC
P.O. Box 844174
Dallas, TX 75284



EAN Services, LLC
P.O. Box 402383
Atlanta, GA 30384



ENGIE Resources LLC
P.O. Box 841680



Equipment Depot
C/O Jessie Ambrocio
Richard James & Assoicates, Inc.
P.O. Box 402383



Green's Blue Flame Gas
P.O. Box 40423
Houston, TX 77240



Hiland Dairy Foods, LLC
P.O. Box 843128
Kansas City, MO 64184

```
PROLOGIS
C/O Liberty Property Limited Partnership
1296 North Post Oak Rd.
Houston, TX 77055



PROLOGIS
C/O Liberty Property Limited Partnership
1296 North Post Oak Rd.
Houston, TX 77055



Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155-2243



United Site Services
P.O. Box 660475
Dallas, TX 75266



US IP Communications
3201 Northside Dr, #109
Raleigh, NC 27615



Workspace Resource
12280 Interstate 45 S., Suite C
Conroe, TX 77304
```

# United States Bankruptcy Court
## Southern District of Texas

In re **NACC Disaster Services**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **NACC Disaster Services** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 7, 2023**
Date

**/s/ Jack N. Fuerst**
**Jack N. Fuerst 07499500**
Signature of Attorney or Litigant
Counsel for **NACC Disaster Services**
Jack N. Fuerst, Attorney at Law
2500 Tanglewilde St, Suite 320
Houston, TX 77063
(713) 299-8221 Fax:(713) 789-2606
jfuerst@sbcglobal.net