United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: NACC DISASTER SERVICES § | |
| § | |
| § | CASE NO. 23-30458 |
| § | |
| PLAINTIFF. § | |
| § | CHAPTER 11 |

## ORDER ON MOTION TO DISMISS CHPTER 11 PROCEEDING

Pending before the Court is NACC Disaster Services' ( Debtor) motion to dismiss its Chapter 11 Case, filed on February 7, 2023.

The Court FINDS that the Debtor is a non-profit entity that is total dependent of donations from other non-profit entities and to continue with its Chapter 11 proceeding will result the Debtor to be unable to fund a Chapter 11 Plan.

The Court Therefor ORDERS the Chapter 11 Case of NACC Disaster Services is here by dismissed.

Signed: March 27, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

1 | Page